

Suite 500 East
1301 K Street NW
Washington, D.C. 20005-3317

**Celyra Myers**
202-973-4270 Tel

celyramyers@dwt.com

**MEMO ENDORSED**

January 2, 2025

**Via ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: *Moses v. Townsquare Media Inc.*, Case No. 7:24-cv-07798 (S.D.N.Y. 2024)

Dear Judge Clarke:

    We represent Defendant Townsquare Media, Inc. ("Townsquare") in the above-captioned action. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices, we write on behalf of both parties to request an adjournment of the Initial Pretrial Conference, currently scheduled for January 23, 2025 (Dkt. 7), as well as all associated deadlines, until at least February 13, 2025.

    Townsquare makes this request, joined by Plaintiff, to permit the parties to continue ongoing settlement discussions and to adequately prepare for the Court-ordered pre-initial conference mediation. The parties note further that they have not been contacted by the Southern District of New York's mediation office, and therefore believe it may not be possible to schedule a mediation by the January 9, 2025 deadline ordered by the Court.

    This is Townsquare's the first request for adjournment or extension of deadlines. The Parties are currently scheduled to appear before the Court on January 23, 2025, and request that the conference be adjourned to any of the following dates:

- February 13, 2025
- February 20, 2025
- February 27, 2025

We thank the Court for its attention to this matter,

Davis Wright Tremaine LLP

*Celyra Myers*

Celyra Myers

---

Application GRANTED. The initial pre-trial conference currently scheduled for January 23, 2025 is HEREBY RESCHEDULED to **February 28, 2025 at 10:30 AM**, and the parties shall submit their proposed case management plan and scheduling order by **February 21, 2025.** The Microsoft Teams conference access instructions and information remain unchanged. The Clerk of Court is respectfully directed to terminate ECF No. 12.

Dated: January 6, 2025        SO ORDERED.
New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

DWT.COM