

Suite 500 East
1301 K Street NW
Washington, D.C.  20005-3317

**Celyra Myers**
202-973-4270 Tel

celyramyers@dwt.com

**MEMO ENDORSED**

February 4, 2025

**Via ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

*Application GRANTED. The initial pre-trial conference currently schedueld for February 28, 2025 is HEREBY RESCHEDULED to **April 3, 2025 at 11:00 AM**. The Microsoft Teams access instructions and credentials remain unchanged. The parties are further instructed to submit their joint letter and proposed case management plan and scheduling order by **March 27, 2025**. The Clerk of Court is respectfully directed to terminate ECF No. 17.*

Dated: February 6, 2025
New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re: *Moses v. Townsquare Media Inc.*, Case No. 7:24-cv-07798 (S.D.N.Y. 2024)

Dear Judge Clarke:

We represent Defendant Townsquare Media, Inc. ("Townsquare") in the above-captioned action. Pursuant to Section 2(e) of Your Honor's Individual Rules and Practices, we write with agreement of Plaintiff to request an adjournment of the Initial Pretrial Conference, currently scheduled for February 28, 2025 (Dkt. 15), as well as all associated deadlines, until at least March 18, 2025.

Townsquare makes this request, joined by Plaintiff, to allow the parties to complete mediation two weeks before the initial conference, as ordered by the Court (Dkt. 15). The parties have met with their assigned mediator, and have set a date of March 4, 2025 for mediation. The parties now ask for an adjournment of the initial conference until at least two weeks after the mediation, to comply with the Court's ordered schedule.

This is Townsquare's second request for adjournment or extension of deadlines. The Court granted the first request for adjournment on January 6, 2025 (Dkt. 15). The Parties are currently scheduled to appear before the Court on February 28, 2025, and request that the conference be adjourned to any of the following dates:

- March 18, 2025
- March 21, 2025
- March 25, 2025

We thank the Court for its attention to this matter,

Davis Wright Tremaine LLP

*/s/ Celyra Myers*

Celyra Myers

DWT.COM